**Francis AKINRO, Plaintiff–Appellant,**

v.

**MORGAN STATE UNIVERSITY, Defendant–Appellee.**

**No. 01–1861.**

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 20, 2001.

Decided Dec. 3, 2001.

Francis Akinro, pro se. Mark Jason Davis, Assistant Attorney General, Baltimore, MD, for appellee.

Before NIEMEYER and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Francis Akinro appeals from the district court's order dismissing his complaint alleging his unlawful suspension from the student body at Morgan State University. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Akinro v. Morgan State Univ.*, No. CA–01–862–CCB (D. Md. June 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*